IN THE SUPREME COURT OF TEXAS

 No. 06-1088

 IN RE RENTAL SERVICES CORPORATION

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary relief and emergency stay, filed
December 18, 2006, is granted. The order dated September 14, 2006, in
Cause No. 342-216509-06, styled Anna Lee, individually and as next friend
of Alyssa Lee, et al. v. Rental Services Corporation, in the 342nd District
Court of Tarrant County, Texas, is stayed pending further order of this
Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this February 23, 2007.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk